IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PARNELL R. MAY                                                                                    PLAINTIFF

v.                               No: 4:17CV00739 JLH

PULASKI COUNTY SHERIFF'S OFFICE, *et al.*                            DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 31st day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE